**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 13-58452 |
| John Marshall White Jr., | : | Chapter 7 |
| Jennifer Anne White | | |
| Debtors | : | Judge Charles M. Caldwell |

**NOTICE OF PROPOSED PRIVATE SALE**

PLEASE TAKE NOTICE that Christal L. Caudill, Trustee herein, whose address is 3757 Attucks Drive, Powell, Ohio 43065, proposes to sell the following property of the within estate to the buyers named herein for the price and on the terms and conditions set forth:

**Date of Sale:** On or after 22 days from the date of the mailing of this Notice.

**General Description of Property:** 4245 shares of TrioDent Stock

**Buyer:** Debtors, John & Jennifer White

**Price:** $25,000.00

**Basis for Suggested Price:** Average value received by Debtor on TrioDent stocks sold prior to filing the bankruptcy.

**Term and conditions:** Cash, $25,000 payable in monthly installments of $1,041.67 over twenty-four (24) months.

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless within twenty-one (21) days from the date of this Notice:

(1) a party in interest files a written objection, stating grounds for opposition and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors <u>or</u>

(2) an entity files a notice of offer to purchase the property and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

Dated: __02/12/14_____  /s/Christal L. Caudill
Christal L. Caudill (0068032)
Chapter 7 Trustee
3757 Attucks Drive
Powell, Ohio 43065
Telephone: (614) 389-4942
Facsimile: (614) 389-3857
clcaudill@caudill-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate of copy of the attached Notice of Proposed Private Sale was served upon all parties on the attached list by electronic and/or ordinary U.S. Mail, postage prepaid, this <u>12th</u> day of <u>February</u>, 2014.

/s/Christal L. Caudill
Christal L. Caudill (0068032)

**SERVED ELECTRONICALLY:**

United States Trustee

Kristin Radwanick
Rhiel & Associates Co., LPA

Jennifer Fate
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH 43204

Jeffrey J Madison
1650 Lake Shore Drive, Suite 285
Columbus, OH 43204-4894

**VIA ORDINARY MAIL:**

Attached list excepting Christal L. Caudill, Kristin Radwanick, United states Trustee and United States Bankruptcy Court

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:13-bk-58452<br>Southern District of Ohio<br>Columbus<br>Wed Feb 12 15:51:04 EST 2014 | ARI, Inc.<br>4016 North Hampton Drive<br>PO Box 2020<br>Powell, OH 43065-2020 | Accelerated Revenue<br>4016 N HAMPTON DR<br>Powell, OH 43065-8431 |
| Allied Interstate<br>3000 Corporate Exchange Drive<br>Columbus, OH 43231-7684 | Ancom Business Products<br>5076 Winters Chapel Road<br>Atlanta, GA 30360-1832 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| BWC State Insurance Fund<br>Corporate Processing Department<br>Columbus, OH 43271-0977 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Brickler & Eckler<br>100 South Third Street<br>Columbus, OH 43215-4291 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cheek Law Offices, LLC<br>471 East Broad Street<br>12th Floor<br>Columbus, OH 43215-3806 |
| Cherry Valley Urgent Care<br>1906 Tamarack Rd.<br>Newark, OH 43055-2303 | Choice Visa Card<br>PO Box 183051<br>Columbus, OH 43218-3051 | Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| David Banks<br>3038 Church Road<br>Lafayette Hill, PA 19444-1717 | De Lage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH  430543025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| FFCC-Columbus<br>1550 Old Henderson Rd. St.<br>Columbus, OH 43220-3626 | FIA Card Services<br>c/o Cavalry SPV I, LLC<br>Columbus, OH 43220 | Fifth Third<br>Fifth Third Center<br>Cincinnati, OH 45263-0001 |
| Granville Dental Care<br>PO Box 286<br>Granville, OH 43023-0286 | Huntington National Bank<br>41 South High Street<br>Columbus, OH 43215-6170 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Licking Memorial Health Professionals<br>4016 North Hampton Drive<br>Powell, OH 43065-8431 | Licking Memorial Hospital<br>1320 West Main Street<br>Newark, OH 43055-3699 | Lisa McKivergin<br>124 South Main St.<br>Granville, OH 43023-1409 |

```
Mark Alexandrunas DMD              Means, Bichimer, Burkholder & Baker   Newark Income Tax Office
dba Granville Dental Care          1650 Lake Shore Drive                 PO Box 4577
121 East Broad Street              Ste. 285                              Newark, OH 43058-4577
Granville, OH 43023-1303           Columbus, OH 43204-4894


Northland Group, Inc.              Office of the Ohio Attorney General   Ohio Department of Job & Family Services
PO Box 390846                      Attn: Bureau of Workers' Compensati   Attn: Collections Department
Minneapolis, MN 55439-0846         449 E. State Street                   P.O. Box 182404
                                   Athens, OH 45701-1890                 Columbus, OH 43218-2404


Ohio Department of Taxation        Ohio Department of Taxation           Ohio Department of Taxation
ATTN:  Bankruptcy Division         Bankruptcy Division                   c/o Attorney General - Rev Rec
P.O. Box 530                       P.O. Box 530                          Attn: Collections Enforcement Section
Columbus, OH 43216-0530            Columbus, OH 43216-0530               150 E. Gay Street, 21st Floor
                                                                         Columbus, OH 43215-3191


Steven Holzer Commercial One Realty  The Energy Coorperative             Thunderbolt Holdings, LLC
1515 Bethel Road                   PO Box 4970                           130 Shore Rd. Ste. 226
Columbus, OH 43220-2056            1500 Granville Road                   Port Washington, NY 11050-2205
                                   Newark, OH 43055-1536


U.S. Attorney - Columbus           U.S. Attorney General                 W.D. Miller Medical Insurance Plan
303 Marconi Blvd                   Main Justice Building Room 5111       1917 Newark-Granville Rd.
Suite 200                          10th & Constitution Avenue, N.W.      Granville, OH 43023-9166
Columbus, OH 43215-2326            Washington, DC 20530-0001


Wells Fargo Bank                   Yellow Book USA                       Christal L Caudill
2000 Powell St. 4th Floor          300 C Street SW                       3757 Attucks Drive
Emeryville, CA 94608-1850          Cedar Rapids, IA 52404                Powell, OH 43065-6080


Jennifer Anne White                John Marshall White Jr.               Kristin Radwanick
335 E. College Street              335 E. College Street                 Rhiel & Associates Co., LPA
Granville, OH 43023-1317           Granville, OH 43023-1317              394 East Town Street
                                                                         Columbus, OH 43215-4707
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                    Capital One                           DirectTV
PO Box 982238                      PO Box 85520                          PO Box 78626
El Paso, TX 79998                  Richmond, VA 23285                    Phoenix, AZ 85062-8626


Discover Services                  Elan Financial Services               Internal Revenue Service
PO Box 15316                       PO Box 790084                         District Director
Wilmington, DE 19850               St. Louis, MO 63179                   Insolvency Section
                                                                         P.O. Box 1579
                                                                         Cincinnati, OH 45201
```

(d)US Bank
101 5TH St. Ste. A
St. Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ohio Bureau of Workers' Compensation        (u)Ohio Department of Taxation        (u)The Huntington National Bank

(u)Windstar Communication        End of Label Matrix
Mailable recipients    50
Bypassed recipients     4
Total                  54